UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFF SCHUMAN, : | |
| : | CASE NO. 3:15-CV-1006 (SRU) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| AETNA LIFE INSURANCE COMPANY; : | |
| AHOLD USA, INC.; AHOLD USA MASTER : | |
| WELFARE BENEFIT PLAN; PLAN : | NOVEMBER 22, 2019 |
| ADMINISTRATOR, ADMIRATIVE | |
| COMMITTEE OF AHOLD USA, INC. | |
| | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), of the Federal Rules of Civil Procedure, plaintiff, Jeff Schuman, and the defendants, Aetna Life Insurance Company; Ahold USA, Inc.; Ahold USA Master Welfare Benefit Plan; Plan Administrator, Administrative Committee of Ahold USA, Inc., hereby stipulate to dismissal with prejudice of this action, with each party to bear their own costs and attorney's fees.

| PLAINTIFF | DEFENDANTS |
|---|---|
| JEFF SCHUMAN | |
| | |
| By: */s/ Winona W. Zimberlin* | By:*/s/ Theodore J. Tucci* |
| Winona W. Zimberlin | Theodore J. Tucci (ct 05249) |
| Zimberlin Law LLC | ttucci@rc.com |
| 267 Main Street | Robinson & Cole LLP |
| Manchester, CT 06042 | 280 Trumbull Street |
| Tel. No. (860) 783-5999 | Hartford, CT 06103-3597 |
| wzimberlin@zimberlinlaw.com | Tel. No.: (860) 275-8200 |
| | Fax No.: (860) 275-8299 |

19983877-v1

## **CERTIFICATION**

I hereby certify that on November 22, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Theodore J. Tucci*
Theodore J. Tucci